

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Jordan M. Anger*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*Alexander.Judka@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2829*

April 15, 2026

**<u>Via ECF</u>**
Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> Re:   ***W.A.C. v. Eric Rokosky, et al.*, No. 26-3419 (CPO)**
>        **Expedited Answer to § 2241 Petition**

Dear Judge O'Hearn:

This Office represents Respondents in the above habeas matter filed by the Petitioner W.A.C. and we respectfully submit this letter to request a two-day extension to file the response.  The undersigned has spoken with Nora Christiani, Esq., counsel to Petitioner, and she has graciously consented to this request.

We thank the Court for its time and attention to this matter.

> Respectfully submitted,
>
> ROBERT FRAZER
> United States Attorney
>
> By:   *s/ Jordan M. Anger*
>        JORDAN M. ANGER
>        Assistant United States Attorney
>        *Attorneys for Respondents*

cc:   Counsel of record (by ECF)

SO ORDERED

CHRISTINE P. O'HEARN, U.S.D.J.