**THE BRONX DEFENDERS**

SO ORDERED this __6th__ day

of ___May___ 20__26__

*Christine A. O'Hearn*

United States District Judge

Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: *W.A.C. v. Eric Rokosky, et al.*, No. 26-3419 (CPO)
**Request to Excuse Local Counsel or to Allow Virtual Appearance**

Dear Judge O'Hearn:

I represent the Petitioner, W.A.C., in the above-captioned habeas matter with local co-counsel, Leena Khandwala. I am admitted *pro hac vice* to the United States District Court – District of New Jersey.

On May 4, 2026, the Court scheduled an in-person hearing for May 12, 2026 at 1:00pm in Courtroom 5A. *See* ECF-15. I am able to appear in person on that date and time. My local co-counsel, Ms. Khandwala, however, is not available to appear in person for the hearing. We respectfully request the Court either excuse her presence or allow her appearance via telephone. Counsel for the Respondents has consented to either excusing Ms. Khandwala's presence or allowing her appearance via telephone. We thank the Court for its time and attention to this matter.

Dated:      May 5, 2026
            New York, NY                Respectfully submitted,

                                        /s/ Nora Christiani
                                        Nora Christiani, Esq.*
                                        Leena Khandwala, Esq.
                                        *Attorneys for Petitioner*

                                        *Admitted Pro Hac Vice*

cc: Counsel of record (by ECF)

**The Bronx Defenders**    360 East 161st Street    t: 718.838.7878    www.bronxdefenders.org
                             Bronx, NY 10451         f: 718.665.0100