# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**W.A.C.**,

     *Petitioner*,

    v.

**ERIC ROKOSKY**, *et al.*,

     *Respondents*.

Civil Action No. 26-cv-03419

**ORDER**

This matter comes before the Court on the Petition for Writ of Habeas Corpus. (ECF No. 1). The Court held a hearing on May 12, 2026. For the reasons stated on the record at the hearing, and for reasons to be further stated in a forthcoming opinion, **IT IS ORDERED** that Respondents shall **IMMEDIATELY RELEASE** Petitioner under the same conditions of supervised release that existed prior to his current detention. Respondents are **PERMANENTLY ENJOINED** from re-detaining Petitioner absent changed circumstances.

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: May 12, 2026