**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**W.A.C.**,

      *Petitioner*,

  v.

**ERIC ROKOSKY**, *et al.*,

      *Respondents*.

Civil Action No. 26-cv-03419

**AMENDED ORDER**

This matter comes before the Court on the Petition for Writ of Habeas Corpus. (ECF No. 1). The Court held a hearing on May 12, 2026. For the reasons stated on the record at the hearing, which will be more fully set forth in the Court's forthcoming Opinion, **IT IS ORDERED** that Respondents shall **IMMEDIATELY RELEASE** Petitioner under the same conditions of supervised release that existed prior to his current detention. Respondents shall file a letter on the docket confirming Petitioner's release and certifying that no additional conditions of supervised release have been imposed. Respondents are **PERMANENTLY ENJOINED** from re-detaining Petitioner absent changed circumstances.

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: May 13, 2026