**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

W.A.C.,

***Petitioner***,

v.

ERIC ROKOSKY et al.,

***Respondents***.

Civil Case No.
1:26-cv-03419-CPO

# ORDER

Pending before the Court is Petitioner's unopposed request for an extension to reply to Respondents' Opposition to Petitioner's Motion for Fees under the Equal Access to Justice Act (EAJA). It is hereby ORDERED that Petitioner's request for a one–week extension from September 1, 2026, to September 8, 2026, to file his reply is GRANTED.

Dated: August 27, 2026

________________________________

The Honorable Christine P. O'Hearn
United States District Judge